IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

WINDOW COVERING MANUFACTURERS ASSOCIATION,

Petitioner,

v.

UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION,

Respondent.

On Petition For Review of Final Rule of the
United States Consumer Product Safety Commission

**PETITIONER'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's December 1, 2022 Order, Petitioner Window Covering Manufacturers Association certifies as follows:

*Parties and Amici.*

**(i) Parties, Intervenors, and Amici who Appeared in the District Court**

There were no district court proceedings in this case, which is a petition for review of final agency action.

**(ii) Parties to this Case**

Petitioner: Window Covering Manufacturers Association

Respondent: United States Consumer Product Safety Commission.

**(iii) Amici in this Case**

To date, Consumer Reports, Kids In Danger, Parents for Window Blind Safety, and Public Citizen have appeared as amici supporting Respondent.

2. ***Rulings Under Review.***

Petitioner seeks review of the Consumer Product Safety Commission's final rule entitled *Safety Standard for Operating Cords on Custom Window Coverings*, 87 Fed. Reg. 73,144 (Nov. 28, 2022) (the Rule).

3. ***Related Cases.***

This Rule has not been previously before this Court or any other court. To Petitioner's knowledge, no related case is pending in this Court or any other court. To date, to Petitioner's knowledge, no other petitions for review of the Rule have been filed. Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and 15 U.S.C. § 2060(a), the deadline for filing petitions seeking review of the Rule is January 27, 2023.

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Nicole A. Saharsky* |
| Avi M. Kupfer | Nicole A. Saharsky |
| MAYER BROWN LLP | Erika Z. Jones |
| 71 S. Wacker Drive | MAYER BROWN LLP |
| Chicago, IL 60606 | 1999 K Street, N.W. |
| (312) 782-0600 | Washington, DC 20006 |
|  | (202) 263-3000 |
| Wajdi C. Mallat | nsaharsky@mayerbrown.com |
| MAYER BROWN LLP |  |
| 1221 Avenue of the Americas |  |
| New York, NY 10020 |  |
| (212) 506-2500 |  |
| *\*Licensed only in Utah;* |  |
| *New York admission pending*. |  |

*Counsel for Petitioner Window Covering Manufacturers Association*

Dated:  January 3, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky