# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. __22-1300__    2. DATE DOCKETED: 12-01-22
3. CASE NAME (lead parties only) __Window Covering Manufacturers__ v. __Consumer Product Safety Commission__
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: __Consumer Product Safety Commission__
   b. Give agency docket or order number(s): __CPSC-2013-0028__
   c. Give date(s) of order(s): __Final Rule issued November 28, 2022__
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? _____    By whom? _____
      Has the agency acted? ☐ Yes ☐ No    If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      __Petitioner's members are window covering manufacturers, fabricators, and assemblers affected by the Rule.__
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature __/s/ Nicole A. Saharsky__    Date __01-03-2023__
Name of Counsel for Appellant/Petitioner __Nicole A. Saharsky__
Address __Mayer Brown LLP, 1999 K St. N.W., Washington, DC 20006__
E-Mail __nsaharsky@mayerbrown.com__    Phone ( __202__ ) __263-3000__    Fax ( ___ ) ___-___

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky