IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

WINDOW COVERING MANUFACTURERS ASSOCIATION,

Petitioner,

v.

UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION,

Respondent.

On Petition For Review of Final Rule of the
United States Consumer Product Safety Commission

## PETITIONER'S STATEMENT OF ISSUES TO BE RAISED

Pursuant to this Court's December 1, 2022 Order, Petitioner Window Covering Manufacturers Association hereby submits this Statement of Issues to be Raised. Petitioner challenges the final rule of the United States Consumer Product Safety Commission (CPSC) entitled *Safety Standard for Operating Cords on Custom Window Coverings*, 87 Fed. Reg. 73,144 (Nov. 28, 2022) (the Rule). Specifically, the issues to be raised are:

1. Whether the Rule is invalid because the CPSC's structure is unconstitutional since Commissioners may be removed by the President only for cause, 15 U.S.C. § 2053(a).

2. Whether the Rule violates the Consumer Product Safety Act, 15 U.S.C. § 2051 *et seq*.

3. Whether the Rule is arbitrary, capricious, or otherwise not in accordance with law. 5 U.S.C. § 706(2)(A); *see* 15 U.S.C. § 2060(c).

Respectfully submitted,

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky
Erika Z. Jones
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000
nsaharsky@mayerbrown.com

Avi M. Kupfer
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

Wajdi C. Mallat
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
*Licensed only in Utah;
New York admission pending*.

*Counsel for Petitioner Window Covering Manufacturers Association*

Dated: January 3, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky