IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

WINDOW COVERING MANUFACTURERS ASSOCIATION,

Petitioner,

v.

UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION,

Respondent.

On Petition For Review of Final Rule of the
United States Consumer Product Safety Commission

**PETITIONER'S DEFERRED APPENDIX STATEMENT**

Petitioner Window Covering Manufacturers Association hereby advises the Court that it intends to utilize a deferred appendix. Respondent United States Consumer Product Safety Commission does not oppose. *See* D.C. Cir. R. 30(c).

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Nicole A. Saharsky* |
| Avi M. Kupfer | Nicole A. Saharsky |
| MAYER BROWN LLP | Erika Z. Jones |
| 71 S. Wacker Drive | MAYER BROWN LLP |
| Chicago, IL 60606 | 1999 K Street, N.W. |
| (312) 782-0600 | Washington, DC 20006 |
|  | (202) 263-3000 |
|  | nsaharsky@mayerbrown.com |
| Wajdi C. Mallat |  |
| MAYER BROWN LLP |  |
| 1221 Avenue of the Americas |  |
| New York, NY 10020 |  |
| (212) 506-2500 |  |
| *Licensed only in Utah;* |  |
| *New York admission pending*. |  |

*Counsel for Petitioner Window Covering Manufacturers Association*

Dated: January 3, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky